# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : No. 3:22-CR-25-CAR-CHW-8 | |
| ANTONIO YOUNG, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL

Before the Court is the Defendant Antonio Young's Unopposed Motion to Continue [Doc. 129] the pretrial conference scheduled for March 8, 2023, and the trial, which is set to begin on April 3, 2023, in Athens, Georgia. On October 11, 2022, the Grand Jury returned a multi-defendant, multi-count indictment charging Defendant with Conspiracy to Distribute and Possess with Intent to Distribute Heroin and Fentanyl and Possession with Intent to Distribute Fentanyl. On January 11, 2023, Defendant was arrested, appointed counsel, pled not guilty at his arraignment, and detained pending trial. This is Defendant's second request for a continuance, and the Government does not oppose it.

In the Motion, Defense Counsel represents that he received the initial discovery on February 21, 2023, and additional time is needed for counsel to review the discovery, confirm and/or receive any existing discovery that may still need to be provided,

complete appropriate defense investigations, and prepare for trial, subject to any plea negotiations. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue Trial [Doc. 129] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the June 12, 2023 term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 24th day of February, 2023.

                                                      s/ C. Ashley Royal_____
                                                      C. ASHLEY ROYAL, SENIOR JUDGE
                                                      UNITED STATES DISTRICT COURT